# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140296 (76)

GREGORY J. BOWENS, PAULA M. BRIDGES,
and GARY A. BROWN,
          Plaintiffs-Appellees,
and

ROBERT B. DUNLAP and PHILLIP A. TALBERT,
          Plaintiffs,

v

ARY, INC., d/b/a AFTERMATH
ENTERTAINMENT, PHILLIP J. ATWELL,
CHRONIC 2001 TOURING, INC., GERONIMO
FILM PRODUCTIONS, INC., and ANDRE YOUNG,
          Defendants-Appellants,
and

AMAZON.COM, INC., et al,
          Defendants.

_____

SC:  140296
COA: 282711
Wayne CC: 02-233251-CZ

On order of the Chief Justice, the motion by defendants-appellants for extension to September 10, 2010 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk